IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KWAYLON DEMARIS WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-117 |
| VINCENT A. ALLEN, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Kwaylon Demaris Williams, an inmate formerly confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff claims he was sexually assaulted by defendant Vincent A. Allen, a correctional officer at the Stiles Unit, on March 24, 2020, when Allen allegedly forced him to engage in oral sex.

Plaintiff has previously filed another civil rights case asserting claims concerning the same incident as the claims which form the basis of this lawsuit. *See Williams v. Allen*, No. 1:20cv291 (E.D. Tex.). The case is presently pending before this court. Thus, the instant cause of action should be dismissed without prejudice to his ability to pursue his claims in his first case.

Any additional facts Plaintiff desires to bring to the court's attention about the claims should be brought in his previous lawsuit styled *Williams v. Allen*, No. 1:20cv291.

Recommendation

The above-styled civil rights action should be dismissed without prejudice to Plaintiff's ability to pursue his claims in his other pending lawsuit styled *Williams v. Allen*, No. 1:20cv291.

Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 26th day of January, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE