IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KWAYLON DEMARIS WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv117 |
| VINCENT A. ALLEN, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kwaylon Demaris Williams, an inmate at the Michael Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. Plaintiff acknowledged receipt of the Report on February 1, 2023. No objections to the Report and Recommendation of United States Magistrate Judge have been filed by the parties.[1]

---

[1] On February 6, 2023, plaintiff filed what he titled as "Objections" [Dkt. 3]. Plaintiff, however, does not object to the disposition of the above-styled action. Instead, he objects to the disposition of another pending lawsuit, Civil Action No. 1:20cv291. In fact, plaintiff states that he is "requesting for Civil Act(ion) #1:22c.v.00117 to be dismissed without prejudice ASAP."

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED.  A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 30th day of March, 2023.**

                                        Michael J. Truncale
                                      United States District Judge