IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KWAYLON DEMARIS WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv117 |
| VINCENT A. ALLEN, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Kwaylon Demaris Williams, an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit. The action was dismissed without prejudice on March 30, 2023. More than eighteen months, on October 3, 2024, plaintiff filed a motion seeking to reopen or reinstate the above-styled action in the state court [Dkt. 21].

Interpreted liberally, plaintiff's motion to reopen is construed as a motion for relief from judgment pursuant to FED. R. CIV. P. 60(b). This memorandum opinion and order considers such motion.

ANALYSIS

Rule 60(b), FED. R. CIV. P., provides in pertinent part:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud ..., misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

After due consideration of plaintiff's motion to reopen, the Court is of the opinion that the motion fails to set forth a meritorious ground warranting relief. Plaintiff's motion provides no reason in support of his request to reopen or reinstate the case. Therefore, plaintiff's motion should be denied.

## ORDER

For the reasons set forth above, plaintiff's motion for relief from judgment is without merit. Accordingly, the motion should be denied. It is therefore,

ORDERED that plaintiff's motion for relief from judgment is DENIED.

**SIGNED this 7th day of August, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge